USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMON,

          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

1:21-cv-1021 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    This action was filed on February 3, 2021 by *pro se* Plaintiff Shelton Beamon. At the time, Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). As a result, on April 7, 2021, the Court issued an order directing Plaintiff either to pay the fee or submit an IFP application. The order was filed on the ECF docket and was mailed to the address contained in Plaintiff's complaint. However, the mailed copy was returned as undeliverable and no other address appears in any document Plaintiff has filed with the Court.

    "It is well-established that 'it is plaintiff's responsibility to inform the Court if his address has changed.'" *Davis v. NYS Off. of Child. & Fam. Servs.*, No. 20-cv-1480 (JMA) (ARL), 2020 WL 8617403, at *2 (E.D.N.Y. Sept. 24, 2020) (quoting *Simmons v. Ramirez*, No. 17-cv-00313, 2019 WL 3454484, at *2 (S.D.N.Y. July 31, 2019)) (alteration omitted). Because Plaintiff here has apparently failed to update his address with the Court, and because the Court otherwise has no method of contacting him, this action is DISMISSED for failure to prosecute. This dismissal is without prejudice, and Plaintiff may move to reopen this case for one year from the date of this order.

The Clerk of Court respectfully is requested to mail a copy of this order to the address of record for Plaintiff as a final attempt to contact him.

**SO ORDERED:**

**DATED: July 13, 2021**
       **New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**